UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE CLINTON,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HENDRICKS & LEWIS PLLC, *et al.*,<br><br>    Defendants/Counter-Claimants. | Case No. C11-1142RSL<br><br>ORDER STRIKING MOTION TO DISMISS AND ORDER TO SHOW CAUSE |

This matter comes before the Court on Plaintiff/Counter-Defendant George Clinton's motion to dismiss (Dkt. # 59). The motion is signed only by Jeffrey P. Thennisch, a member of the Michigan Bar appearing *pro hac vice* in this case on behalf of Mr. Clinton (Dkt. # 15). For the reasons set forth below, the Court STRIKES the motion and ORDERS Mr. Thennisch to SHOW CAUSE.

Pursuant to Local General Rule 2(d), counsel may appear *pro hac vice* in a case only "upon a showing of particular need to appear and participate in a particular case <u>if there shall be joined of record in such appearance an associate attorney having an office in this district and admitted to practice in this court who shall sign all filings prior to filing and otherwise comply with CR 10(e) hereof</u>." GR 2(d) (emphasis added). And in this case, Mr. Clinton's local counsel withdrew effective May 2, 2012. Dkt. # 46. He has yet to replace them. Rather, it appears Mr. Thennisch has been participating in the case and even filing documents with the Court without the required joinder and signature of local counsel. <u>E.g.</u>, Dkt. ## 51, 54, 59. This will no longer be tolerated.

ORDER STRIKING MOTION TO DISMISS AND ORDER TO SHOW CAUSE - 1

1 | The Court directs the Clerk of Court to STRIKE Mr. Clinton's motion (Dkt. # 59)
2 | for failure to comply with Local General Rule 2(d).  Moreover, the Court ORDERS Mr.
3 | Thennisch to SHOW CAUSE within 10 days of the date of this Order as to why he
4 | should not be sanctioned for his failure to comply with the Court's Local Rules.  Aside
5 | from responding to this Order, Mr. Thennisch is ORDERED to cease his participation in
6 | this case unless and until local counsel is attached as required.

DATED this 11th day of July, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING MOTION TO DISMISS AND ORDER TO SHOW CAUSE - 2