UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE CLINTON, an individual resident of the State of Florida,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br>  v.<br><br>HENDRICKS & LEWIS PLLC, a Washington professional limited liability company and OSCAR YALE LEWIS, Jr., an individual resident of the State of Washington,<br><br>        Defendants-counter-claimants - Appellees. | No. 12-35791<br><br>D.C. No. 2:11-cv-01142-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

       The judgment of this Court, entered February 20, 2014, takes effect this date.

       This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Rebecca Lopez
                                      Deputy Clerk